United States District Court
Southern District of Texas
**ENTERED**
September 30, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHANNON PITEL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:21-CV-01243 |
| | § | |
| CRYSTAL OUTPATIENT SURGERY | § | |
| CENTER LAKE JACKSON, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL FOR WANT OF PROSECUTION

Fed.R.Civ.P. 4(m) requires defendant(s) to be served within 90 days after the time of filing of the complaint. No proof of service has been filed in this case. In addition, there has been no activity on this case since May 10, 2021. Therefore, this action is DISMISSED without prejudice for want of prosecution.

It is so Ordered.

SIGNED on September 30, 2024, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge